FILED

NOV - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,  )   No. CR 4-11-71205 MAG (DMR)
    Plaintiff,  )
    v.  )   DETENTION ORDER
     )
ROBERT CROSBY,  )
    Defendant.  )

## I. DETENTION ORDER

Defendant Robert Crosby is charged in a criminal complaint with a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm). On November 1, 2011, the United States moved for Mr. Crosby's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study. The court conducted a detention hearing on November 4, 2011.

Based on the nature of the offense charged, the circumstances of his arrest (which include the allegation that he fled from the police, and possessed a firearm, a loaded magazine of ammunition, and 84 balloons of heroin), his prior record of criminal conduct, and repeated

DETENTION ORDER
CR 4-11-71205 MAG (DMR)                              1

cc: Copy to parties via ECF, 2 Certified copies to U.S. Marshal, Pretrial Services

probation violations (including the fact that the charged crime occurred while Defendant was on probation), the court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons or the community if Mr. Crosby were to be released. See 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Crosby at this time. Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: November 4, 2011

DONNA M. RYU
United States Magistrate Judge